**ORIGINAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 2 - 2012 ★
BROOKLYN OFFICE

CV 12 - 2171

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

[Brother Love Béy],

          Petitioner,

    -against-

[STATE OF NEW YORK,
CITY OF NEW YORK,
CIVIL COURT OF THE CITY OF NEW YORK,
Annexed..

        Respondents/ Defendants,

------------------------------------------------X

COMPLAINT

SUMMONS ISSUED

Jury Trial Demanded

KUNTZ, J.

BLOOM, M.J

I. Parties:

    Petitioner Brother Love Béy, domiciles at 283 East 95th Street Brooklyn Territory New York Republic 11212
    Defendant STATE OF NEW YORK, resides at Office of the Attorney General, The Capitol Albany New York 12224-0341
    Defendant CITY OF NEW YORK resides at Municipal Building, One Centre Street New York New York 10007
    Defendant CIVIL COURT OF THE CITY OF NEW YORK, resides at 141 Livingston Street Brooklyn New York 11201
    Annexed..

II. The Jurisdiction of the Court is invoked pursuant to The Rights of Indigenous People, The Treaty of Peace and Friendship, Rights of The Child and The United States Republic Constitution.

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim]   Annexed..

IV. Remedy. State what relief, such as money damages, you seek from each defendant. Annexed..

Date 5-2-2012



RECEIVED
MAY - 2 2012
PRO SE OFFICE

Signature

Brother Love Béy
347-435-0724

Annexed Defendants

SHERIFF EDGAR A DOMENECH,
MAGISTRATE HANNAH COHEN,
MAGISTRATE THOMAS FITZPATRICK,
MAGISTRATE JOHN S. LANSDEN,
CHIEF CLERK CAROL ALT,
CITY MARSHAL EDWARD F. GUIDA,
OFFICER SAUNDERS, BADGE # 4372,
OFFICER VILLAFANE, BADGE # 2720,
OFFICER BARRON, BADGE # 27649,
OFFICER RICHARDS, BADGE # 24235,
OFFICER DONNELLY, BADGE # 576,
LESTER WAYNE MACKEY, ESQ.,
CHRISTIAN CHAMPAGNE,
PAUL HUMPHRIES,
TARRIQ MUHAMMAD,
LEND AMERICA,
ABC REAL ESTATE SERVICES, INC.]

                    Defendants
-------------------------------------------------------X

Annexed Parties:

I.

Defendant Sheriff Edgar A. Domenech resides at 210 Joralemon St, Brooklyn NY 11201
Defendant Magistrate Hannah Cohen resides at 141 Livingston St, Brooklyn NY 11201
Defendant Magistrate Thomas Fitzpatrick resides at 141 Livingston St, Brooklyn 11201
Defendant Magistrate John S. Lansden resides at 141 Livingston St, Brooklyn NY 11201
Defendant Chief Clerk Carol Alt resides at 141 Livingston St, Brooklyn NY 11201
Defendant City Marshal Edward F. Guida resides at 47-26 104 St, Corona NY 11368
Defendant Officer Saunders, Badge # 4372 resides at 67th Precinct, 2820 Snyder Ave Brooklyn NY 11226
Defendant Officer Villafane, Badge # 2720 resides at 67th Precinct, 2820 Snyder Ave Brooklyn NY 11226
Defendant Officer Barron, Badge # 27649 resides at 67th Precinct, 2820 Snyder Ave Brooklyn NY 11226
Defendant Officer Richards, Badge # 24235 resides at 67th Precinct, 2820 Snyder Ave Brooklyn NY 11226
Defendant Officer Donnelly, Badge # 576 resides at 67th Precinct, 2820 Snyder Ave Brooklyn NY 11226
Defendant Lester Wayne Mackey, Esq. resides at 434 Nassau Road Roosevelt NY 11575
Defendant Christian Champagne resides at 4015 Hubbard Place Brooklyn NY 11213
Defendant Lend America resides at 8911 Glenwood Rd Brooklyn NY 11236
Defendant ABC Real Estate Services, Inc. resides at 1143 Nostrand Ave # 2, Brooklyn NY 11225
Defendant Tarriq Muhammed resides at 585 Madison St apt 1F Brooklyn NY 11221
Defendant Paul Humphries resides at 434 Nassau Road Roosevelt NY 11575

Annexed Statement of Claim

The Petitioner / Brother Love Béy, began receiving threatening correspondence from the City Of New York for several months about his Estate, and had responded with an Averment of Jurisdiction, and Writ of Discovery that the court received on March 22nd, 2012. Petitioner never received a response or got the chance to file a notice of default judgment. While on his estate, located at 283 East 95th street, Brooklyn Territory, New York Republic, at approximately 9:10am, on April 3rd, 2012, petitioner was forcibly removed as well as his family and Tenants from his estate thru deception and fraud by Magistrate Hannah Cohen, employed by The State Of New York, who rendered judgment, Sheriff Edgar A. Domenech, who had to affirm the order in violation of his oath of office, he is sworn to protect and secure the rights of the Natural Citizen, Chief Clerk Carol Alt, employed by The State Of New York; who signed the fraudulent eviction order, City Marshal Edward F. Guida, Badge No. 14, employed by The State Of New York; who executed the order, Policemen, Officer Saunders, Badge I.D. Number 4372, Officer Villafane, Badge I.D. No.2720, Officer Barron, Badge I.D. No.27649, Officer Richards, Badge I.D. No. 24235, Officer Donnelly, Badge I.D. No. 576 ; all employed by the police department of The City Of New York, who stated that Brother Love Béy was in violation of a statute which is private policy (being classed as law). This constituted a criminal trespass, imminent domain and damage of private property. Marshal Guida never chained the doors or boarded up the property, while petitioner was stating to the marshal that he had no jurisdiction, Marshal Guida escorted petitioner, his family and tenants off of property, kicked in the doors, popped the locks on the first floor, sawed a square hole in the basement door, rummaged thru petitioner and petitioner's children's property, violating The Rights of the Child, did an inventory list which he signed and then he left right afterwards. The police also left and petitioner and his family were left on their territory since the marshal never locked it up, which was puzzling. Returning a few hours later with more officers and three unknown men, Paul Humphries, an agent for Christian Champagne (claiming property ownership), began changing the locks to the doors of petitioner's estate and boarding up the windows from the inside with wood while officer Donnelly began to threaten that he would," arrest whoever doesn't exit the premises". Petitioner still maintained his Sovereign rights as a Freeman Natural Person with the right to Life, Liberty and the pursuit of Happiness and informed officer Donnelly that he was violating a constitutional right to Due Process of Law and the right to Travel in that petitioner was restricted from traveling onto his territory but did not want his family which includes eight children, arrested so thru threat, coercion and duress petitioner and his family complied and were forced to stay in the street. Petitioner went to Civil Court on April 4th, 2012, to make a special appearance and clear up the matter. Petitioner was denied his constitutional right to speak and Magistrate Thomas Fitzpatrick excused himself from the bench. Petitioner knowing that he was denied Due Process of Law went to the 67th precinct in Kings County after leaving Civil Court and filed a complaint then went back to his Estate and changed the locks. On April 18th, 2012, Petitioner received more threatening correspondence from Tarriq Muhammad and CIVIL COURT OF THE CITY OF NEW YORK dated April 16th, 2012, referring to petitioner as a fictitious corporate construct written in ALL CAPITOL LETTERS and stating that petitioner was to appear in court on April 25th, 2012, signed by Magistrate John S. Lansden, a party to the fraud, with an order to show cause to allow Marshal to Re-evict petitioner. Petitioner made a special appearance on April 25th, 2012 to clear up the matter. Petitioner stated to Magistrate Thomas Fitzpatrick that the court had no jurisdiction to proceed because petitioner is a Natural Sovereign Freeholder and had filed an

Averment of Jurisdiction, a Writ of Discovery and Notice of Default Judgement with the Court that were not answered. Magistrate Thomas Fitzpatrick ignored what petitioner had stated and ruled in favor of defendants, violating his oath of office. These proceedings began with Christian Champagne claiming ownership of the estate of the petitioner. Petitioner has domiciled on his territory for the past five years, after seeing the land and building abandoned for at least two to three years prior to petitioner claiming his Estate, and has no lease, nor rent statements from Christian Champagne. Mr. Champagne has a deed, which is 'Dead in the eyes of the Law', so he has no legitimate claim to 283 east 95th street Brooklyn Territory New York Republic. Petitioner has invested interest into the maintenance of his estate for the five years and has video of before and after since claiming his estate. Christian Champagne, Lend America and ABC Real Estate Services Inc. committed fraud when petitioner estate was unlawfully sold several times before petitioner claimed his estate and now they are attempting to commit fraud again. Lester Wayne Mackey, Esq., Attorney for Christian Champagne, Mr. Champagne, Paul Humphries, Lend America as well as ABC Real Estate Services Inc., have all conspired to violate this petitioner constitutional rights.

Annexed Statement of Claim page 2

**RELIEF**
**1. The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1)  I, (Brother Love Béy), demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2)  I, (Brother Love Béy), demand this United States Federal Court stop these abuses of the colorable authority by the Plaintiff as it pertain to this Petitioner.

3)  I, (Brother Love Béy), demand if any criminal charges be found, let them be placed upon the Plaintiffs.

4)  I, (Brother Love Béy), demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5)  I, (Brother Love Béy) do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their criminal and unjust actions.

6)  All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7)  All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8)  Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

8) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Respondent <STATE OF NEW YORK> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

10) Respondent <CITY OF NEW YORK> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official capacity payable in lawful money.

11) Respondent <CIVIL COURT OF THE CITY OF NEW YORK> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

12) Respondent <MAGISTRATE HANNAH COHEN> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

13) Respondent <MAGISTRATE THOMAS FITZPATRICK> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

14) Respondent <MAGISTRATE JOHN S. LANSDEN> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

15) Respondent <SHERIFF EDGAR A DOMENECH> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

16) Respondent <CHIEF CLERK CAROL ALT> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

17) Respondent <LEND AMERICA> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

18) Respondent <ABC REAL ESTATE SERVICES, INC.> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

19) Respondent <CITY MARSHAL EDGAR F. GUIDA> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

20) Respondent <OFFICER SAUNDERS> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

21) Respondent <OFFICER VILLAFANE> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

22) Respondent <OFFICER BARRON> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**23)** Respondent <OFFICER RICHARDS> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**24)** Respondent <OFFICER DONNELLY> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**25)** Respondent <LESTER WAYNE MACKEY> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**26)** Respondent <CHRISTIAN CHAMPAGNE> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**27)** Respondent <PAUL HUMPHRIES> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

**28)** Respondent <TARRIQ MUHAMMAD> is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––X
[Brother Love Béy]

            Against                           AFFIDAVIT/AFFIRMATION

[STATE OF NEW YORK,                     ____ CV _____ ( )
 CITY OF NEW YORK,
 CIVIL COURT OF THE CITY OF NEW YORK,
 ANNEXED..
––––––––––––––––––––––––––––X
New York State
Kings County

Brother Love Béy, [being duly sworn] deposes and says [or: makes the following Affirmation under the penalties of perjury]:

I, Brother Love Béy, as petitioner in the above-entitled action, respectfully move this Court to order defendants to show cause why they should not be enjoined from/to executing an eviction order that is unconstitutional and violates the rights of Due Process of Law to this owner, a Natural Person until a final disposition on the merits in the above-entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that petitioner's intested rights would and have been violated, petitioner would also suffer a violation of international law and violation of Due Process of law, also petitioner would suffer from irreparable damage to his finances and work(labor), loss of spirit of my people(family) constantly being robbed of our inherent lands which is protected by national and international law. In the past, petitioner had received threatening correspondence(mail) and had corresponded back by writ of discovery and notice of default judgment in which they were in violation for not responding. After that petitioner, his family and tenants were forcibly removed by threat of physical force. Petitioner's family is still tormented and traumatized by continuous attacks by foreign corporation(colonists). Petitioner went to court again to resolve this matter to realize improper venue, wrong classification(petitioner is the owner not a tenant), claimants in conflict, and also petitioner was denied his 1st Amendment right to address his grievances which showed intentional misclassification(fraud) which led to improper venue; No Law No Justice No Remedy. As can be seen from the foregoing, I have no adequate remedy at law.

 WHEREFORE, I respectfully request that the Court grant the within relief as well as such other and further relief that may be just and proper.
I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____                                                   _____
Sworn to before me this_____ day of _____ 20___
Notary Public

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
[Brother Love Béy]

            V.                    ORDER TO SHOW CAUSE FOR
                                  PRELIMINARY INJUNCTION AND
                                  TEMPORARY RESTRAINING ORDER
[STATE OF NEW YORK,
CITY OF NEW YORK,
CIVIL COURT OF THE CITY OF NEW YORK,
ANNEXED..
_____X      ____CV_____ ( )

Upon the affidavit of _Brother Love Béy____ sworn to the _____day of_____,
20___, and upon the copy of complaint hereto annexed, it is ORDERED, that the above named
defendant(s) show cause before a motion term of this Court, at room_____, United States Court
House, Cadman Plaza East in Kings County and State of New York on_____, 20___,
At_____ o'clock in the_____ noon thereof, or as soon thereafter as counsel may be heard,
why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during
the pendency of this action from

_____

_____
_____

ORDERED, that sufficient reason having been shown, therefore, pending the hearing of
plaintiff's application for a preliminary injunction, pursuant to rule 65FRCP the defendants are
temporarily restrained and enjoined from

_____

_____
_____

And is further ORDERED, that security in the amount of $_____ be posted by the
petitioner(s) and it is further ORDERED, that personal service of a copy of this order and
annexed affidavit upon the defendant(s) or his counsel on or before_____ o'clock in
the_____ noon, _____, 20_____ shall be deemed good and sufficient service thereof.

DATED:
Brooklyn, New York
                                                                _____
                                                                 United States District Judge