# ORIGINAL



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

[Brother Love Béy]

       Against                         **AFFIDAVIT/AFFIRMATION**

[STATE OF NEW YORK,              ____ CV _____ ( )
CITY OF NEW YORK,
CIVIL COURT OF THE CITY OF NEW YORK,
ANNEXED..
_____X  **CV 12 - 2171**

New York State                              **KUNTZ, J.**
Kings County

Brother Love Béy, [being duly sworn] deposes and says [or: makes the following
Affirmation under the penalties of perjury]:              **BLOOM, M.J**

I, Brother Love Béy, as claimant in the above-entitled action, respectfully move this Court to
order defendants/respondents to show cause why they should not be enjoined from/to executing
an eviction order that is unconstitutional and violates the rights of Due Process of Law to this
owner, a Natural Person until a final disposition on the merits in the above-entitled action.

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that
claimant's intested rights would and have been violated, claimant would also suffer a violation of
international law and violation of Due Process of law, also claimant would suffer from
irreparable damage to his finances and work(labor), loss of spirit of my people(family)
constantly being robbed of our inherent lands which is protected by national and international
law. In the past, claimant had received threatening correspondence(mail) and had corresponded
back by writ of discovery and notice of default judgment in which they were in violation for not
responding. After that claimant, his family and tenants were forcibly removed by threat of
physical force. Claimant's family is still tormented and traumatized by continuous attacks by
foreign corporations(colonists). Claimant went to court again to resolve this matter to realize
improper venue, wrong classification(claimant is the owner not a tenant), claimants in conflict,
and also claimant was denied his 1st Amendment right to address his grievances which showed
intentional misclassification(fraud) which led to improper venue; No Law No Justice No
Remedy. As can be seen from the foregoing, I have no adequate remedy at law.

 WHEREFORE, I respectfully request that the Court grant the within relief as well as such other
and further relief that may be just and proper.
I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

Sworn to before me this  1   day of May  2012

Notary Public

AIXAS MOORE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6100771
Qualified in Kings County
My Commission Expires October 27, 2015

I Bro. Love Bey, Called all
defendants and let them know
a "Notice Of Claim" is
being filled against Them.

City of New York, C

Hannah Cotten - Left Message
Thomas Fitzpatrick - Told Him in Court
Paul Humphries - Told Him in Court (Civil)
Lester Mackey - Told Him in Civil Court).
Officers, Sanders, Villafane, Bearen
Richards, Donnelly. Spoke to the

City Marshal Edgar F. Guida # 718-
779-2134
Lester Mackey, Said hes' Christian
Champagne lawyer he'll give
him the notice.
Lend America - No Phone
City Of New York - Left Message

Civil Court of The City of
New York - Left Message.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.45 | 0388 |
| Certified Fee | $2.95 | |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here 12 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.75 | 03/22/2012 |

Sent To Chief Clerk; Carol Alt.
Street, Apt No.; or PO Box No. 111 Centre Street
City, State, ZIP+4 New York, N.Y. 10013

7010 1670 0000 7372 9873

PS Form 3800, August 2006 (See Reverse for Instructions)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chief Clerk; Carol Alt.
111 Centre Street
New York, N.Y. 10013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] □ Agent □ Addressee

B. Received by (Printed Name) | C. Date of Delivery
[signature]  3/23/12

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered   □ Return Receipt for Merchandise
   □ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# Moorish Americans
### Aboriginal Natural Peoples of the Land – North America / Northwest Amexem

## Affidavit of Fact
### Notice of Default Judgment

4/10/12

United States Republic Postmaster Article No: 7010 1670 0000 7372 9880

**RE:** "Writ in the Nature of Discovery" dated 3/20/2012.

You were advised that certain documentation was requested to make a physical inspection and enable the Alleged Defendant to verify and Witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within ten (10) days of the receipt of this Notice of Discovery.

Per the United States Republic Postmaster the request was received by Civil Court Chief Clerk Carol Alt and Administrative Judge Fern A. Fisher on 3/23/2012. Deadline for receipt of documentation was 4/6/2012.

As this request has not been honored – this notice of default judgment is being submitted and all claims, petitions, suits, fillings with any third party corporations regarding my Dominion and Territory be dismissed and expunged.

All officers of the Court are required to take an oath of office to uphold the Constitution of the United States.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

Denial of Discovery is in direct violation of my Constitutionally Secured Rights to **"Due Process of Law"** which is a direct violation of your oath of office.

*The 5th Amendments require that all persons within the United States must be given due process of the law and equal protection of the law.*

*"Due process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, and to have the right of controverting, by proof, every material fact which bears on the question of right in the matter involved."*

*"If any question of fact or liability be conclusively presumed against him, this is not due process of law, Zeigler v. Railroad Co., 58 Ala. 599."*

*"In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are void under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").*

Civil Court *is not an Article III court; and has no delegated jurisdiction / authority under the Supreme Law of the Land, and unconfirmed by the Congress of the United States.*

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage*

others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."

*"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerial. Thompson v. Smith, 154 SE 583."*

*". . . Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational. ASIS v. US, 568 F2d 284."*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities. Burns v. Sup., Ct., SF, 140 Cal. 1."*

I, Brother Love Béy, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests this Court fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith'.

All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Docket Numbers 127600, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits.

Thank You,    *Brother Love Béy*

Brother Love Béy
Authorized Representative
Natural Person, In Propria Persona
Ex-Relational Bobby Pope
All Rights Reserved: Treaty of Peace and Friendship 1787
A.D., 1836 A.D., Constitution of the United States Republic

Exhibit A: Copy of Writ of Discovery
Exhibit B: Copy of United States Republic Postmaster Return Receipt to Administrative Judge Fern A. Fisher.

cc:    State of New York  Attorney General
       Eric T. Scheiderman
       Albany New York, 12224-0341

       State of New York Secretary of State
       Cesar A. Perales
       123 William St
       New York New York 10038-38404

       State of New York
       Civil Court Chief Clerk Carol Alt
       111 Centre St, Room 1240
       New York, NY 10013

**AIXAS MOORE**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6100771
Qualified in Kings County
My Commission Expires October 27, 2015

4·10·2012

  

<u>A f f i d a v i t   O f   F a c t</u>

## Averment Of Jurisdiction
For The Record, To Be Read Into The Record

*(Housing Court)*

This is a formal Request and Demand for **Civil Court of the City of New**
to produce for the record, the physical documented 'Delegation of **York.**
Authority', as Proof of Jurisdiction, as required by Law, per Article III,
Section 1 of the United States Republic Constitution.

Bobby Pope Jr.

9/15/11

STEVEN LIEBERMAN
Notary Public, State of New York
No. 30 — 5007344
Qualified in Nassau County
Commission Expires — 1/25/2015

**U.S. Postal Service**
**CERTIFIED MAIL· RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.75 |

0388
02
Postmark Here
04/11/2012

7011 2970 0000 5151 2575

Sent To Cheif Clerk Coral A.H. Civil Cort
Street, Apt. No.; or PO Box No. 111 Centre St. Rm. 1240
City, State, ZIP+4 New York NY 10013

PS Form 3800, August 2006                 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cheif Clerk: Care | A.H.
Civil Court
111 Centre St.
Rm. 1240
New York, NY 10013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery
[signature]  4/12/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7011 2970 0000 5151 2575

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

# MARSHAL'S LEGAL POSSESSION

Civil Court of the City of New York

COUNTY OF **KINGS**

INDEX NUMBER **106715** ⋯ **20 11**

CITY OF NEW YORK
OFFICE OF THE MARSHAL
EDWARD F. GUIDA,
46-15 104TH STREET
CORONA, NY 11368

**CHRISTIAN CHAMPAGNE**                Landlord

against

**POPE", AKA "BOBBY**
**JOHN DOE, JANE DOE**
**283 EAST 95 STREET**
**BROOKLYN, NY 11212**                Tenant



## The Landlord has legal possession of these premises.
### pursuant to Warrant of Civil Court
### For information,
### contact Landlord or Agent immediately.

*You must have the signature of the Clerk of Court or the Judge*

EDWARD F. GUIDA
MARSHAL, CITY OF NEW YORK
BADGE No. 14
47-26 104 STREE
CORONA, NY 1136
(718) 779-2134(5

EDWARD F. GUIDA
MARSHAL

N. B. Any one who defaces this legal notice or
use same to be defaced in any way is guilty of
misdemeanor and will be punished to the full
ent of the law.

*341*





**THE MOORISH NATIONAL REPUBLIC**
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery

**Exhibit I:  Re: Misrepresented Instrument – Bill of Attainder No 106715/11**

March, 20th. 2012

STATE OF New York
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS 141 LIVINGSTON ST 11201
BROOKLYN NEW YORK

Re: Bill of Attainder No. 106715/11

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let it be noted for the record, on the record and let the record show a response is required 10 day: from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, banks, marshals, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the state of New York.

*"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. Miranda v. Arizona 384 US 436, 125:"*

*"The claim and exercise of Constitutional Rights cannot be converted into a crime. Miller v. Kansas 230 F 2nd 486, 489: "*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerial."*
*Thompson v Smith 154 SE 583*

*"A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"*

*ASIS v US 568 F2d, 284*

*"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercises such powers are necessarily nullities."*
*Burns v Sup Ct. SF, 140 Cal 1.*

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

*"Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."*
*Stuck v Medical Examiners 94 Ca 2d 751.211,P2d 389.*

*The Accused recognizes that when jurisdiction is not squarely challenged it is presumed to exist*
*Burks v.Lasker, 441 US 471.*

*The Seventh Amendment of the Constitution is specifically meant to outlaw Equitable debt action in assumpsit, "In suits at Common Law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved,..." The significance of this points to the fact that any controversy involving Money(Gold and Silver Coins) in an amount greater than twenty dollars or any' property such as real estate' can only be tried in a Court of Common Law with the right of trial by jury.*

*The Constitution of the United States states; "This Constitution....shall be the supreme law of the land; and the judges in every state shall be bound thereby..."*

*There can be no doubt that all judges are bound by the Constitution of the United States which is a part of the Common Law, which nullifies any legislative law or statute that violates the rights of the Freeman.*

*Thank you,*

I Am:
Brother Love Béy, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione Bobby Pope
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
283 East 95th street, Brooklyn New York
c/o Your Mailing Location
[Zip Exempt]
Non-Domestic

Cc:    United Nations
       Geneva Switzerland

       United States Justice Department
       United States Attorney General
       Eric H. Holder

       United States District Court for the District of Columbia
       Washington D. C.

       STATE OF New York
       Governor Andrew M Cuomo

       STATE OF New York
       Attorney General Eric T Scheiderman

       STATE OF New York
       Secretary of State  Cesar A Perales

       STATE OF New York
       Civil Court
       Administrative Judge Fern A Fisher

       STATE OF New York
       Civil Court
       Chief Clerk Carol Alt

AIXAS MOORE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6100771
Qualified in Kings County
My Commission Expires October 27, 2015

3-21-12
Bro. Jove Béy

  

**THE MOORISH NATIONAL REPUBLIC**
THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Notice of Cease and Desist

March, 20th, 2012

City Marshal
Edward F. Guida #14
46-15 104th St Corona, NY 11368

Re: Bill of Attainder No. 106715/11

*I, Brother Love Béy, Natural Person, in Propria Persona, am a Moorish American, Aboriginal and Indigenous to the land, possessing Freehold by Inheritance and Primo-geniture Status..etc. As a Sovereign, I have rights that are protected by the constitution and therefore your system is a Colorful Court that has no Jurisdiction over the Natural Person. Your Color of Law is null and void when dealing with a National and I stand squarely affirmed that the corporate construct known as "CHRISTIAN CHAMPAGNE" is a fictitious strawman and has given up his rights as landlord to my territory dominion and mailing location 283 East 95th st Brooklyn, New York three years prior to my moving in and investing money in the upkeep of the property. I have lived in my domain for four years now and the alleged landlord had abandoned the property three years prior. The Law of Abandonment is on my side as well as invested interest, not to mention my sovereign rights protected by the Constitution.*

*The Supreme Court of the United States fully understands the difference between a natural Citizen and a corporation or regulated enterprise and they have stated: "..we are of the opinion that there is a clear distinction...between an individual and a corporation,...The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to intimidate him. He owes no such duty to the state, since he receives nothing therefore, beyond the protection of his life and property. His rights are as existed by the law of the land long antecedent to the organization of the state, and can only be taken away from him by due process of the law, and in accordance with the constitution...He owes nothing to the public so long as he does not trespass upon their rights." (emphasis added) Hale v. Henkel, supra.*

*In the event that on behest of your client you continue the legal proceedings and do come to my Dominion and attempt to forcibly remove myself and my family from my territory I will be forced to file suit against any and everyone associated with this misrepresented instrument as I am a Sovereign national and the Admiralty/Maritime/Equity law courts you deal with have no jurisdiction over the natural person and is an act of fraud on the courts and your behalf. Since you are representation for the corporate contruct known as Christian Champagne it is well known that he is Civil Liter Mortuus, legally dead in the eyes of the law, but I am not, I am "In Full Life" and I know that for certain I can and will file suit against any and everyone(You, and every employee of The Union States Society) associated with this misrepresented instrument, civilly and criminally, to the fullest extent of the Common Law.*

Thank You,

Brother Love Béy, Authorized Representative
Natural Person, In Propria Persona
Ex Relatione Bobby Pope
All Rights Reserved: U.C.C. 1-207/1-308; U.C.C.1-103

AIXAS MOORE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6100771
Qualified in Kings County
My Commission Expires October 27, 2013

3-21-12

CIVIL COURT OF THE CITY OF NEW YORK
    COUNTY OF KINGS
    HOUSING PART A , RM. 904
    APRIL 25, 2012

INDEX NO. 106714/2011
MOTION SEQUENCE NO. : 001

------------------------------------

CHAMPAGNE            CHRISTIAN
                        PETITIONER(S),
        AGAINST
POPE/DOE            BOBBY/JOHN/JANE
                    RESPONDENT(S)

DECISION/ORDER

PRESENT:

THOMAS FITZPATRICK
    JUDGE

------------------------------------

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE
REVIEW OF THIS MOTION OF VACATE ORD DISM CASE; RESTORE CASE TO CALENDAR

PAPERS                              NUMBERED

NOTICE OF MOTION AND AFFIDAVITS ANNEXED.......        1
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED....
ANSWERING AFFIDAVITS..........................        2
REPLYING AFFIDAVITS...........................
EXHIBITS......................................
STIPULATIONS..................................
OTHER _____

    Motions under L+T index 106714/11; 106715/11, 106716/11 cal 10/17/11 are
UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:                                    consolidated for disposition

Brother Bobby Love a/k/a Bobby Pope appears and
claims possession of lot upon which the subject
building sits. Respondent claims rights by virtue of his
right as a Moorish American.
    It is undisputed that Marshal executed Warrant of
eviction on April 3 2012.    It is undisputed that
"Brother Bobby Love" and others broke back in and retook
possession. — Accordingly, the Motions are granted. Warrant
may be executed forthwith, with no
further notice.

4/25/12                         THOMAS M. FITZPATRICK
DATE                            JUDGE  CIVIL/HOUSING COURT
                                JUDGE, HOUSING PART
                    ADJOURNMENTS.

------------------------------------

GENERATED: 04/16/2012 @ 15:38:44     CIV-LT-85 (7/99) (REPLACES 43-2030)

*** WARNING TO PETITIONER - YOUR FAILURE TO APPEAR IN COURT
MAY RESULT IN THE AWARD OF POSSESSION TO THE RESPONDENT

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
HOUSING PART A , RM.904

*904*

INDEX NO. 106715/2011
SEQ NO. 001
NO. OF RESPONDENT
OSC APPLICATIONS: 001

ORDER TO SHOW CAUSE TO RESTORE TO POSSESSION (EXISTING PROCEEDING)

CHAMPAGNE                    CHRISTIAN
                            PETITIONER(S),

        AGAINST                           PREMISES:
POPE/DOE             BOBBY/JOHN/JANE      283  EAST 95 STREET              2ND FL
                     RESPONDENT(S)        BROOKLYN                     NY 11212

UPON THE ANNEXED AFFIDAVIT OF THE ABOVE NAMED RESPONDENT(S), SWORN TO ON
APRIL  04, 2012:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE:    CIVIL COURT OF THE CITY OF NEW YORK
                       HOUSING PART: PART A , RM. 904
                       LOCATED AT:   141 LIVINGSTON STREET, BROOKLYN
                       ON:           APRIL 06, 2012 AT 09:30 AM
OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:
AWARDING AND RESTORING THE RESPONDENT(S) TO POSSESSION OF THE PREMISES,
PLACING THE CASE ON THE CALENDAR FOR TRIAL ON A DAY CERTAIN, AND/OR GRANTING SUCH
OTHER AND FURTHER RELIEF AS MAY BE JUST.
    UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY THE PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE:
    1) ( ) STAYED FROM RE-LETTING THE SUBJECT PREMISES;
    2) ( ) STAYED FROM REMOVING ANY OF THE CONTENTS OF THE PREMISES;
    3) O ORDERED TO PERMIT RESPONDENT ACCESS FOR THE LIMITED PURPOSE OF
           OBTAINING HIS/HER POSSESSIONS;
    4) ( ) _____
    5) ( ) _____

    SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
     ATTORNEY (OR PARTY)                          MARSHAL:
(JUDGE TO INITIAL)                          (JUDGE TO INITIAL)
__ BY PERSONAL SERVICE "IN HAND DELIVERY"   __ BY PERSONAL SERVICE "IN HAND DELIVERY
__ BY CERTIFIED MAIL, R. R. R.              __ BY CERTIFIED MAIL, R. R. R.
__ BY FIRST CLASS MAIL WITH CERTIFICATE     __ BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                   OF MAILING AT POST OFFICE
ON OR BEFORE __4-5-12__                      , SHALL BE DEEMED GOOD AND SUFFICIENT;
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.
    PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE
ATTORNEY:                                   MARSHAL:
LESTER WAYNE MACKEY, ESQ.                    EDWARD F. GUIDA BADGE #14
434 NASSAU ROAD                 --          46-15 104TH STREET
ROOSEVELT,  NY 11575                        CORONA,  NY 11368
TELEPHONE: (631) 662-0174                   TELEPHONE: (718) 779-2134

    4-4-12

_____            THOMAS FITZPATRICK
DATE                                        JUDGE, CIVIL/HOUSING COURT
DENIED
_____                              CIV-LT-74 (11/89)
GENERATED: 04/04/2012 @ 13:25:07

No Moot

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF    KINGS

INDEX NO.L/T    106716/11
MARSHAL'S DOCK NO.    127601

CHRISTIAN CHAMPAGNE

Petitioner
*Landlord*

against

AKA "BOBBY POPE"
283 EAST 95 STREET
N/A
BROOKLYN, NY 11212
1ST FLOOR FRONT

Respondent
*Tenant*

Respondent
*Undertenant*

"John and Jane Doe"

*Name of Tenant and/or undertenant being fictitious and unknown, person intended,*
*occupying apartment set forth below:*

City Marshal
Edward F. Guida #14
46-15 104th Street
Corona, NY 11368
(718) 779-2134

---

# NOTICE OF EVICTION
### Alternative Service / Mailing

To the above tenants and undertenants:

Please take notice that the Court has issued a warrant for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH (6) BUSINESS DAY AFTER THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday except legal holidays.

The **ONLY** way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need public assistance, the Legal Aid society may be able to assist you (check telephone listing in your borough). A senior citizen who needs legal assistance may call 311.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (877) 472-8411 or 311 for information.

**DATE OF NOTICE**

04/27/2012

---

# NOTIFICACION DE DESAHUCO
### Notificacion Alterna / Postal

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una orden de desahuccio en contra de usted. Si no desaloja, **USTED PUEDE SER DESHAUCIADO, SIN NOTIFICATION ADICIONAL, EL SEXTO (6) DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICATION** o en cualquier dia habil de ah en adelante. Los "dias habiles" son Lunes a Viernes, excepto los dias fiesta legales.

Usted puede detener este deshaucio **SOLAMENTE** si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario - Inquilino (civil Court, Landlord - Tenant part) en su condado

Si una suspension de su desahucio por orden de la Corte esta en efecto usted sera desalojado solo si la suspension caduca o la Corte lo anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notificacion adicional.

Si usted depende de una persona al pertence al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez pueda ayudario (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con el 311.

Si usted recibe asistencia publica, notifiqueselo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tal vez pueda ayudarle con los pagos atrasados, reciba usted o no asistencia publica. Llame al (877) 472-8411 o 311 para informacion.

**FECHADA**

---

1Formerly known as "72-hour notice." Additional time has been allowed for mailing.
Anteriormente conocido como "Aviso de Deschaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo.
2The date of this notic shall be on or after the date the notice is mailed to the respondent.
La fecha de este notification se fijara el dia en que se le envia al apelado o despues de ese dia.

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF KINGS**
-------------------------------------------------------------X

Christian Champagne

Petitioner (Landlord)

-against-

Mr. Pope

Respondent (Tenant)

"JOHN DOE" and/or "JANE DOE"
(said names being fictitious as the actual names
of the occupants are unknown)

Respondent(s)/Undertenant(s)

Address: 283 East 95th Street  (Apt 2R)
Brooklyn, NY 11212

-------------------------------------------------------------X

HOUSING PART

Index No.     090529

L & T      2011

**NOTICE OF PETITION**
HOLDOVER-Dwelling
Bldg Reg # 306314

Petitioner's Address:
4015 Hubbard Place
Brooklyn NY 11213

*Part A  Room 904*

*9:30 Am*
*Sept 14 2011*

To the Respondents above named and described, in possession of the Premises hereinafter described or claiming possession thereof: 283 East 95th Street (Apt 2R) Brooklyn NY 11212.    *Part A  Room 904*

**PLEASE TAKE NOTICE** that at a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Queens, at 141 Livingston Ave., Brooklyn NY, in the City and State of New York, on SEP 1 4 2011 , at 9:30 o'clock of that day, on the annexed petition of CHRISTIAN CHAMPAGNE, which prays for a final judgment of eviction, awarding to the Petitioner possession of the Premises described as follows: 283 East 95th Street (Apt 2R), as demanded in the petition, which you must answer. The Petitioner is the owner of the Premises. Your answer may set forth any defense or counterclaim against the Petitioner, unless such defense or counterclaim is precluded by law or by prior agreement of the parties.

**TAKE NOTICE** also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based, in any other action or proceeding. Your failure to answer and appear may result in a final judgment by default for the Petitioner against you for the relief demanded in the petition.

**TAKE NOTICE** also that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by this Court to make a deposit for use and occupancy, or a payment for use and occupancy to the Petitioner, upon your second request for an adjournment or, if the proceeding is not settled or a final determination has not been made by this Court within 30 days of the first court appearance. Failure to comply with an initial deposit or payment

order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

Dated:   County of Nassau
       August 17,, 2011

*Carol Alt,*
**CHIEF CLERK**

Clerk of the Civil Court
of The City of New York
SEP - 2 2011
KINGS COUNTY
CIVIL COURT

LEARIE R. WILSON
Attorney for Petitioner
282 N. Central Avenue
Valley Stream, NY 11580
516-341-0590

**IMPORTANT TO TENANT** -- If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk of the Court immediately, in order to protect your rights.



*Edward F. Guida*
*Marshal, City of New York*
*46-15 104th Street*
*Corona, New York 11368*
*Tel: (718) 779-2134*
*Fax: (718) 779-8123*

April 18, 2012

Mr. Brother Love Bey
283 E. 95th Street
Brooklyn, New York 11212

Dear Mr. Bey,

This letter acknowledges your telephone complaint filed with the Department of Investigation on April 04, 2012. In your complaint you state that you and your family were evicted illegally with fraudulent documents and that you are immune from laws governed by the Civil Court.

Please rest assured Mr. Bey that all procedures, as set forth by the court system, were adhered to in your case as done with all landlord/tenant proceedings. Kings County *wrong Venu* Civil Court issued four Warrants of Eviction for the above listed premise to my office on March 06, 2012 as required to perform an eviction. My office served the above listed premise with four notices (one for each warrant) on March 21, 2012 indicating that an eviction was pending. The notices, which give instructions on how to stay the eviction, were sent via first class mail and certified mail as mandated by law. The marshal is authorized to execute the warrant as early as the 6th business day after the date on the notice. In your particular case, the date on the notice was March 21, 2012 and the eviction took place on April 03, 2012 (on the 9th business day).

I entrust that the enclosed explanation helps clarify any confusion or answer any questions you may have concerning this eviction. Please feel free to contact me should you have any further concerns.

Sincerely,
Edward F. Guida

Marshal
City of New York

Cc: Teresa Pinckney, Investigator
    Bureau of City Marshals




# Affidavit Of Fact

## Averment Of Jurisdiction
### For The Record, To Be Read Into The Record

(Housing Court)

This is a formal Request and Demand for Civil Court of the city of New York, to produce for the record, the physical documented 'Delegation of York, Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

⊗ Bobby Pope, Bey
Bobby Pope Jr

9/13/11

⊗ VEN LIEBERMAN
Public, State of New York
No. 30 — 5007365
Qualified in Nassau County
Commission Expires ____ 1/25/2015

CIVIL COURT OF THE CITY OF NEW YORK
    COUNTY OF KINGS
    HOUSING PART A , RM. 904
    APRIL 25, 2012

INDEX NO. 106714/2011
MOTION SEQUENCE NO. : 001

-----------------------------------------
CHAMPAGNE        CHRISTIAN
                 PETITIONER(S),
        AGAINST
POPE/DOE         BOBBY/JOHN/JANE
                 RESPONDENT(S)
-----------------------------------------

DECISION/ORDER

PRESENT:

THOMAS FITZPATRICK
    JUDGE

RECITATION, AS REQUIRED BY CPLR 2219(A), OF THE PAPERS CONSIDERED IN THE REVIEW OF THIS MOTION OF VACATE ORD DISM CASE; RESTORE CASE TO CALENDAR

PAPERS                                                    NUMBERED

NOTICE OF MOTION AND AFFIDAVITS ANNEXED....... |
ORDER TO SHOW CAUSE AND AFFIDAVITS ANNEXED.... |        1
ANSWERING AFFIDAVITS............................ |
REPLYING AFFIDAVITS............................. |        2
EXHIBITS....................................... |
STIPULATIONS................................... |
OTHER _Motions undr L+T index 106714/11; 106715/11;  166716/11 cnt 10/17/11 ve_

UPON THE FOREGOING CITED PAPERS, THE DECISION/ORDER IN THIS MOTION IS
AS FOLLOWS:                                          Consolidated Ict Clipos(bon

Brother Bobb, Love a/k/a bully Pope appears and
claims possession of lot upon which the subject
building sits. Respondent claims rights by virtue of his
rights as a Moorish American.
    It is undisputed that Marshal executed Warrant of
eviction on April 3 2012.    It is undisputed that
"Brother Bobby Love" and others broke back in and retook
possession. — Accordingly, the Motions are granted. Warrant
    may b/ re-execute forthwith, with no
        futhr notice.

DATE _4/25/12_

                    JUDGE, CIVIL/HOUSING COURT
THOMAS M. FITZPATRICK
                    JUDGE, HOUSING PART
ADJOURNMENTS, HOUSING PART

*** WARNING TO PETITIONER – YOUR FAILURE TO APPEAR IN COURT
MAY RESULT IN THE AWARD OF POSSESSION TO THE RESPONDENT

IL COURT OF THE CITY OF NEW YORK
IY OF KINGS                                    904
NG PART A , RM. 904

INDEX NO. 106715/2011
SEQ NO. 001
NO. OF RESPONDENT|
OSC APPLICATIONS: 001

ORDER TO SHOW CAUSE TO RESTORE TO POSSESSION (EXISTING PROCEEDING)

CHAMPAGNE                    CHRISTIAN
                            PETITIONER(S),
            AGAINST
POPE/DOE                                    PREMISES:
                    BOBBY/JOHN/JANE          283   EAST 95 STREET
                    RESPONDENT(S)            BROOKLYN                    2ND FL
                                                            NY 1121200000

UPON THE ANNEXED AFFIDAVIT OF THE ABOVE NAMED RESPONDENT(S), SWORN TO ON
APRIL  04, 2012:

LET THE PETITIONER(S) OR HIS/HER/THEIR ATTORNEY(S) SHOW CAUSE AT A
MOTION TERM OF THE:      CIVIL COURT OF THE CITY OF NEW YORK
                        HOUSING PART: PART A , RM. 904
                        LOCATED AT:   141 LIVINGSTON STREET, BROOKLYN
                        ON:           APRIL 06, 2012, AT 09:30 AM
OR AS SOON THEREAFTER AS COUNSEL MAY BE HEARD, WHY AN ORDER SHOULD NOT BE MADE:
AWARDING AND RESTORING THE RESPONDENT(S) TO POSSESSION OF THE PREMISES,
PLACING THE CASE ON THE CALENDAR FOR TRIAL ON A DAY CERTAIN, AND/OR GRANTING SUCH
OTHER AND FURTHER RELIEF AS MAY BE JUST.
UNTIL THE ENTRY OF A COURT ORDER, ALL PROCEEDINGS BY THE PETITIONER,
HIS/HER ATTORNEY, AND ANY CITY MARSHAL ARE:
    1) () STAYED FROM RE-LETTING THE SUBJECT PREMISES;
    2) () STAYED FROM REMOVING ANY OF THE CONTENTS OF THE PREMISES;
    3) () ORDERED TO PERMIT RESPONDENT ACCESS FOR THE LIMITED PURPOSE OF
          OBTAINING HIS/HER POSSESSIONS;
    4) () _____
    5) () _____

SERVICE OF A COPY OF THIS ORDER TO SHOW CAUSE AND ANNEXED AFFIDAVIT UPON THE
PARTY"S ATTORNEY (OR, IF HE/SHE HAS NONE, ON THE PARTY),
    ATTORNEY (OR PARTY)                         MARSHAL:
(JUDGE TO INITIAL)                         (JUDGE TO INITIAL)
__BY PERSONAL SERVICE "IN HAND DELIVERY"   __BY PERSONAL SERVICE "IN HAND DELIVERY"
__BY CERTIFIED MAIL, R. R. R.              __BY CERTIFIED MAIL, R. R. R.
__BY FIRST CLASS MAIL WITH CERTIFICATE     __BY FIRST CLASS MAIL WITH CERTIFICATE
   OF MAILING AT POST OFFICE                  OF MAILING AT POST OFFICE
ON OR BEFORE         4-3-12          , SHALL BE DEEMED GOOD AND SUFFICIENT.
PAPERS MAY BE SERVED BY THE RESPONDENT IN PERSON.
    PROOF OF SUCH SERVICE MAY BE FILED WITH THE CLERK IN THE PART INDICATED ABOVE
OR IN THE L & T CLERK"S OFFICE BEFORE THE RETURN DATE OF THIS ORDER TO SHOW CAUSE
ATTORNEY:                                   MARSHAL:
LESTER WAYNE MACKEY, ESQ.                   EDWARD F. GUIDA BADGE #14
434 NASSAU ROAD              --             46-15 104TH STREET
ROOSEVELT,  NY 11575                        CORONA,  NY 11368
TELEPHONE: (631) 662-0174                   TELEPHONE: (718) 779-2134

        4-4-12                             THOMAS FITZPATRICK
_____                     JUDGE, CIVIL/HOUSING COURT
DATE
DENIED
GENERATED: 04/04/2012 @ 13:25:07                            CIV-LT-74 (11/89)

No Mot.

```
04/04/2012                   OFFICE OF COURT ADMINISTRATION
13:25:07        - KING HOUSING COURT INFORMATION SYSTEM -              PAGE:  1
                           HISTORY OF PROCEEDINGS

    106715/2011
                    CHRISTIAN          VS POPE/DOE              BOBBY/JOHN/JANE

 OF RESP OSC APPL:    1
AMT DMD:              $.00 PETN ATTY: LESTER WAYNE MACKEY, ESQ.
FILING DTE    FILING TYPE    CASE TYPE1    CASE TYPE2    CASE TYPE3
12/01/2011    PET/NP         RESDT         HOLDOVER
PETITIONER:
CHAMPAGNE                                                    CHRISTIAN
RESPONDENT:
AKA BOBBY POPE
DOE                                                         JOHN
DOE                                                         JANE
PREMISES ADDRESS:
283    EAST 95 STREET           2ND FL
BROOKLYN              NY 11212
DESCRIPTION:
ALL ROOMS, APT. NO. 2ND FLOOR FRONT

12/16/2011    001 CLN D       09:30A TRAN  12/16/2011 A    09:30A        CAL
12/16/2011    002 CLN A       09:30A ADJN  01/20/2012 A    09:30A HC     CAL
01/20/2012    003 CLN A       09:30A JINQ                         HC     CAL

04/04/2012 001 OSC BY RESP SIGNED BY   TFP  04/06/2012 A   09:30A
                   RESTORE TO
04/06/2012    001 CLN A       09:30A                                     OSC

01/20/2012 001 FJD SIGNED BY HC
                   AFTER INQ/
                   POSS AWARDED Y MONEY AWARD         $.00
JUDGMENT AGAINST:
AKA BOBBY POPE
DOE                                                         JOHN
DOE                                                         JANE
        COMMENT: JP
02/02/2012 001     WAR WARRANT REQUESTED
02/02/2012 001     WAR WARRANT REVIEWED
03/26/2012 001     WAR WARRANT ISSUED    EDWARD F. GUIDA BADGE #14
EXECUTION IS STAYED THROUGH      01/25/2012
AGAINST:
AKA BOBBY POPE
DOE                                                         JOHN
DOE                                                         JANE
```

# Civil Court of the City of New York

County of _X Kings_

_Part_

Christian Champayme

Petitioner,

against

Brother Love Bey Bobby Pope
John ian Jane Doe

Respondent

**[Please Press Hard]**

Index Number _106715/14_

## AFFIDAVIT IN SUPPORT OF AN ORDER TO SHOW CAUSE
### To Restore to Possession

Address: _283 East 95th Street_
_Brooklyn New York_ Apt # _Building 1_

State of New York, County of _Kings_ ss.:

_Brother Jove Bey_
(PRINT YOUR NAME)

, being duly sworn, deposes and says:

Tenant's
Initials

**1. Party**

BLB  a) I am the ~~tenant~~ Owner named as respondent in the above summary proceeding.

b) I am the person claiming possession of these premises and am the _____
of the tenant named above.

**2. Claim and Defense**

I have been deprived of possession of the subject premises in the following manner:

As a freeborn Sovereign individual I was under threat
duress, Coercion, illegally force ~~off of~~ out of
my domain, By the City Marshull whom did not have
the Signature of the Clerk, or the Judge.

**3. Previous Order to Show Cause**

BLB  a) I have not had a previous Order to Show Cause in this case.

b) I have had a previous Order to Show Cause in this case but I am making this further application

because _____

**4. Request**

Respondent requests that an Order be entered a) awarding and restoring the respondent to possession of the subject premises and the issuance of a warrant of eviction forthwith, b) awarding treble damages following RPAPL § 853, where appropriate, c) granting permission to serve these papers in person and d) such other relief as this Court deems proper.

Sworn to before me this _4_ day of _Apr.  1_, 20 _12_

_____
Signature of Court Employee and Title, or Notary Public

_Brothy Jove Bey_
Signature of Respondent

CIV-LT-14 (Revised, March, 2000) [3 ply]

**Civil Court of the City of New York**

County of Kings- Part A , room 904

Index Numbers: LT 106714 /11

**CHRISTAIN CHAMPAGNE,**

**Order to Show Cause To Restore to Calendar**

                    **Petitioner**

**Landlord Tenant Action**

         **Against**

**To Allow Marshall to Re-evict Respondents**

PART 4
SEQ 1
RETURN
4/25/1

OK AS TO FORM
CLERK
DATE 4/16/12

AKA Bobby Pope "JOHNDOE/JANE DOE"

**Respondents**

283 East 95th Street Apt.2nd Flr Rear
Brooklyn, N.Y. 11212 (All Rooms)

Upon reading and filing the affirmation of Lester Wayne Mackey, Esq., sworn to on the 16TH day of APRIL, 2012, and all papers having been submitted by Lester Wayne Mackey, Esquire, Counsel for Petitioner and upon the exhibits attached to the affidavit:

Let the Defendants or their attorney show cause at Part A , Room 904 , of this Court, to be held at 141 Livingston street, Brooklyn, NY on the 25th day of april 2012 at 9:30 o'clock in the forenoon noon or as soon as counsel may be heard why an order should not be made to vacate/rescind the order dismissing these cases and restore the case to the calendar so that a judgment of possession can be entered and a warrant of eviction be issued and such warrant of eviction be executed immediately, and why, the petitioners, should not have such other relief and further relief as may be just, proper and equitable.

Sufficient cause appearing therefore, let service of a copy of this order, and the other papers upon which this order is granted, upon the respondents by _personal_ _service_ on or before the 17th day of April , 2011 be deemed good and sufficient. An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order.

**ENTER**

HON. JOHN S. LANSDEN

**JUSTICE OF CIVIL COURT:**

4/17/12
SUM



*Edward F. Guida*
*Marshal, City of New York*
*46-15 104th Street*
*Corona, New York 11368*
*Tel: (718) 779-2134*
*Fax: (718) 779-8123*

Mr. Brother Love Bey                                              April 18, 2012
283 E. 95th Street
Brooklyn, New York 11212

Dear Mr. Bey,

     This letter acknowledges your telephone complaint filed with the Department of
Investigation on April 04, 2012. In your complaint you state that you and your family
were evicted illegally with fraudulent documents and that you are immune from laws
governed by the Civil Court.

     Please rest assured Mr. Bey that all procedures, as set forth by the court system,
were adhered to in your case as done with all landlord/tenant proceedings. Kings County ~wrong Venue~
Civil Court issued four Warrants of Eviction for the above listed premise to my office on
March 06, 2012 as required to perform an eviction. My office served the above listed
premise with four notices (one for each warrant) on March 21, 2012 indicating that an
eviction was pending. The notices, which give instructions on how to stay the eviction,
were sent via first class mail and certified mail as mandated by law. The marshal is
authorized to execute the warrant as early as the 6th business day after the date on the
notice. In your particular case, the date on the notice was March 21, 2012 and the
eviction took place on April 03, 2012 (on the 9th business day).

     I entrust that the enclosed explanation helps clarify any confusion or answer any
questions you may have concerning this eviction. Please feel free to contact me should
you have any further concerns.

                                             Sincerely,
                                             Edward F. Guida

                                             Marshal
                                             City of New York

Cc: Teresa Pinckney, Investigator
    Bureau of City Marshals

## Property Being Sold, Notice to Tenant

Date: October 12, 2011

To the tenant's of <u>283 E 95th Street, Brooklyn, NY 11212,</u>

This notice is to inform you that the ownership of the leased premises is in the process of being sold to 457-459 Hawthorne, LLC.

Your current lease and payment terms will remain in full force and effect until further notice. However, it is important that you contact the new owner/manager, Mr. Klein as soon as possible at (718) 807-5604.

It has been a pleasure to serve you, and good luck with all your future endeavors.


<u>  E. Klein       </u>  Dated:  <u>    October 12, 2011            </u>
    Landlord


<u>  4597-459 Hawthorne, LLC      </u>
    New Owner

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF KINGS**

HOUSING PART

--------------------------------------------------------X

Index No.    090589
L & T    2011

Christian Champagne

                      Petitioner (Landlord)

**NOTICE OF PETITION**
HOLDOVER-Dwelling
Bldg Reg # 306314

          .  -against-

Mr. Pope

                Respondent (Tenant)

Petitioner's Address:
4015 Hubbard Place
Brooklyn NY 11213

"JOHN DOE" and/or "JANE DOE"
(said names being fictitious as the actual names
of the occupants are unknown)

           Respondent(s)/Undertenant(s)

*Part A Room 904*

*9:30 Am*
*Sept 14 2011*

Address: 283 East 95th Street (Apt 2R)
         Brooklyn, NY 11212

--------------------------------------------------------X

      To the Respondents above named and described, in possession of the Premises hereinafter described or claiming possession thereof: 283 East 95th Street (Apt 2R) Brooklyn NY 11212.

*Part A    Room 904*

      **PLEASE TAKE NOTICE** that at a hearing at which you must appear will be held at the Civil Court of the City of New York, County of Queens, at 141 Livingston Ave., Brooklyn NY, in the City and State of New York, on SEP 14 2011 , at 930 o'clock of that day, on the annexed petition of CHRISTIAN CHAMPAGNE, which prays for a final judgment of eviction, awarding to the Petitioner possession of the Premises described as follows: 283 East 95th Street (Apt 2R), as demanded in the petition, which you must answer. The Petitioner is the owner of the Premises. Your answer may set forth any defense or counterclaim against the Petitioner, unless such defense or counterclaim is precluded by law or by prior agreement of the parties.

      **TAKE NOTICE** also that if you fail to interpose and establish any defense that you may have to the allegations of the petition, you may be precluded from asserting such defense or the claim on which it is based, in any other action or proceeding. Your failure to answer and appear may result in a final judgment by default for the Petitioner against you for the relief demanded in the petition.

      **TAKE NOTICE** also that under Section 745 of the Real Property Actions and Proceedings Law, you may be required by this Court to make a deposit for use and occupancy, or a payment for use and occupancy to the Petitioner, upon your second request for an adjournment or, if the proceeding is not settled or a final determination has not been made by this Court within 30 days of the first court appearance. Failure to comply with an initial deposit or payment

*New York City Housing*
*16-707-1711*

order may result in the entry of a final judgment against you without a trial. Failure to make subsequent required deposits or payments may result in an immediate trial on the issues raised in your answer.

Dated:   County of Nassau
       August 17,, 2011

*Carol Alt*

**CHIEF CLERK**

SEP - 2 2011

Clerk of the Civil Court
of The City of New York

**KINGS COUNTY
CIVIL COURT**

LEARIE R. WILSON
Attorney for Petitioner
282 N. Central Avenue
Valley Stream, NY 11580
516-341-0590

**IMPORTANT TO TENANT** -- If you are dependent upon a person in the military service of the United States or the State of New York, advise the Clerk of the Court immediately, in order to protect your rights.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF **KINGS**

INDEX NO.L/T **10671 1/11.**
MARSHAL'S DOCK NO. **127 199**

**CHRISTIAN CHAMPAGNE**

Petitioner
*Landlord*

against

**JOHN DOE / JANE DOE
283 EAST 95 STREET
N/A
BROOKLYN, NY 11212
2ND FLOOR REAR**

Respondent
*Tenant*

Respondent
*Undertenant*

"John and Jane Doe"

*Name of Tenant and/or undertenant being fictitious and unknown, person intended,
occupying apartment set forth below.*

City Marshal
**Edward F. Guida #14**
46-15 104th Street
Corona, NY 11368
(718) 779-2134

---

# NOTICE OF EVICTION
### Alternative Service / Mailing

To the above tenants and undertenants:

Please take notice that the Court has issued a warrant for your eviction.
If you fail to vacate the described premises, **YOU MAY BE EVICTED,
WITHOUT FURTHER NOTICE, ON THE SIXTH (6) BUSINESS DAY
AFTER THE DATE OF THIS NOTICE** or on any business day thereafter.
"Business days" are Monday through Friday except legal holidays.

The **ONLY** way you can stop this eviction is if a Court issues an order
to show cause that stays your eviction. You may apply for such an
order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the
stay ends or is vacated by the Court. If the Court has already ordered that
you may be evicted if you fail to make a payment or comply with the Court's
order by a certain date, your failure to pay or comply with the Court's order
by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United
States, advise the clerk of the Court immediately in order to protect your
rights.

If you need public assistance, the Legal Aid society may be able to assist
you (check telephone listing in your borough). A senior citizen who needs
legal assistance may call 311.

If you receive public assistance, notify your caseworker immediately. The
Human Resources Administration may be able to help you with back
payments whether or not you receive public assistance.
Call (877) 472-8411 or 311 for information.

## DATE OF NOTICE²

| 03/21/2012 |
|---|

¹Formerly known as "72-hour notice." Additional time has been allowed for mailing.
²The date of this notice shall be on or after the date the notice is mailed to the respondent.

---

# NOTIFICACION DE DESAHUCO
### Notificacion Alterna / Postal

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una order de desahuccio en
contra de usted. Si no desoloja, **USTED PUEDE SER DESHAUCIADO,
SIN NOTIFICATION ADICIONAL, EL SEXTO (6) DIA HABIL** A PARTIR
DE LA FECHA DE ESTA NOTIFICATION o en cualquier dia habil de ahi
en adelante. Los "dias habiles" son Lunes a Viernes, excepto los dias
fiesta legales.

Usted puede detener este deshaucio **SOLAMENTE** si una Corte emite
una orden judicial instruyendole a usted a mostrar motivos
justificantes para suspender su desalojo. Usted puede solicitar esa
orden (Order to Show Cause) en la Corte Civil, Seccion del
Propietario - Inquilino (civil Court, Landlord - Tenant part) en su
condado

Si una suspension de su desahucio por orden de la Corte esta en efecto,
usted sers desalojado solo si la suspension caduca o la Corte la anula. Si
la Corte ha ordenado ya que usted puede ser desalojado si no cumple
con hacer un pago o con la orden de la Corte a partir de una fecha de
vencimiento, su incumplimiento con el pago o con la orden de la Corte al
llegar esa fecha puede resultar en su desahucio sin notificacion adicional.

Si usted depende de una persona que pertence al Servicio Militar de los
Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte
(Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez pueda ayudario
(consulte la guia telefonica de su condado). Una persona de edad avanzada
que necesita ayuda legal puede comunicarse con el 311.

## FECHADA

Si usted recibe asistencia publica, notifiqueselo a su trabajador social
(caseworker) inmediatamente. La Administracion de Recursos Humanos
tal vez pueda ayudarle con los pagos atrasados, reciba usted o no
asistencia publica. Llame al (877) 472-8411 o 311 para informacion.

¹Anteriormente conocido como "Aviso de Deschaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo.
²La fecha de este notification se fijara el dia en que se le envia al apelado o despues de ese dia.



# EDWARD F. GUIDA
Marshal, City of New York
46-15 104th Street
Corona, NY 11368
(718) 779-2134 (5)

DOCKET NO. _____ 27600

L.P. _____

EVICTION _____

## MARSHAL'S INVENTORY

DATE **04/03/2012**

REMOVED FROM ____ **283 EAST 95 STREET** _____ APT. # _____

AKA "BOBBY POPE", JOHN DOE, JANE DOE

PERSON EVICTED _____

MARSHAL'S SIGNATURE _____

LANDLORD'S SIGNATURE _____ Paul Humphry

TENANT'S SIGNATURE _____

| ITEM | COND. | QTY | ITEM | COND. | QTY | ITEM | COND. | QTY | ITEM | COND. | QTY |
|------|-------|-----|------|-------|-----|------|-------|-----|------|-------|-----|
| BABY CRIB | | | LAMP, FLOOR | W | | CARTONS | | | | | |
| BED END | | | LAMP, TABLE | W | 1 | DESK | | | | | |
| BED FRAME | N | | LIVING ROOM CHAIRS | | | CHINA CLOSET | | | | | |
| BED RAIL | | | MATTRESS | W | 1 | AIR CONDITIONER | | | | | |
| BICYCLE | | | METAL SPRINGS | W | 1 | WALL UNIT | | | | | |
| BOOK CASE | N | | MIRRORS | h | 1 | CABLE BOX | | | | | |
| BOX SPRING | | | NIGHT TABLES | W | | PC MONITOR | | | | | |
| CABINETS | W | 1 | OCCASIONAL CHAIRS | | | PC TOWER | | | | | |
| HI FI SPEAKERS | | | PICTURES | | | PRINTER | | | | | |
| CHEST | W | 1 | RADIO | W | 1 | PLAY PEN | | | | | |
| CLOTHES CLOSET | | | RECORD PLAYER | | | FILE CABINET | | | | | |
| COFFEE TABLE | W | | REFRIGERATOR | h | | DVD PLAYER | | | | | |
| COUCH | | | RUGS | | | MICROWAVE OVEN | | | | | |
| DRESSER | h | 1 | SEWING MACHINE | | | VCR | | | | | |
| END TABLES | | | SUITCASE | | | TOOL BOX | | | | | |
| FAN | | | TV CONSOLE | | | HEATER | | | | | |
| HI RISER | | | TV PORTABLE | h | 1 | STROLLER | | | | | |
| IRONING BOARD | | | TV TABLE MODEL | | | | | | | | |
| KITCHEN CHAIRS | N | | VACUUM CLEANER | | | | | | | | |
| KITCHEN TABLE | W | 1 | WASHING MACHINE | | | | | | | | |

**Condition Legend:  BR = BROKEN, D = DAMAGED, S = SOILED, T = TORN, N = NEW, G = GOOD, W = WORN**

Name of Movers _____

Address of Movers _____

Tel. # _____

CIVIL COURT — HOUSING PART
CORTE CIVIL — PARTE DE VIVIENDA

## DISPOSSESS OR EVICTION PROCEEDING — PROCEDIMIENTO DE DESAHUCIO

INDEX (LIBRO) NO.

106717/11

Papers have been sent to you and filed in court asking this court to evict you from your residence. You must appear in court on _12/16/2011_ at _9:30 A.M._, in Room _604_, Part _A_, you may file your answer at that time. If you have not received the papers, you still must appear in court on the date indicated above and bring this card with you. If you do not appear in court, you may be evicted. You also may wish to contact an attorney.

Documentos han sido enviados a ud. y registrados en la corte para desalojarlo de su residencia. Ud. tiene que comparecer en la corte el _____ a las _____ M., en el Salon _____, Parte _____ puede registrar su respuesta en ese momento. Si ud. no ha recibido los documentos, de todas maneras tiene que comparecer en la corte en la fecha indicada arriba, y traer esta tarjeta consigo. Si ud. no comparece en la corte, puede ser desalojado. Si quiere puere puede ponerse en contacto con un abogado.

CIVIL COURT OF THE CITY OF NEW YORK,
HOUSING COURT CLERK

TR3 Postcard, envelope, following Civil Ct. § 22 NYCRR 208.42(g)(1); 743

*Insert one of the following return addresses above:*

- Ground Fl., 1118 Grand Concourse, Bronx, NY 10456
- Room 203, 141 Livingston St., Brooklyn, NY 11201
- Room 225, 111 Centre St. New York, NY 10013
- 170 East 121 St., New York, NY 10035

- 2nd Floor, 89-17 Sutphin Blvd. Jamaica, NY 11435
- Basement, 927 Castleton Ave., Staten Island, NY 10310

Blumberg Excelsior, Inc., NYC  www.blumberg.com

141 Living ston Street -
Brooklyn NY 11201

"Bobby"

283 E 45 street 1t Floor, Rear

Brooklyn NY 11212

Tenant Name

address

zip